FILED
DEC 0 1 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| ROSE CADET | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** 4:25-cv-1305-ALM-BD |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, through undersigned counsel, files this Complaint against Defendants Equifax Information Services LLC ("Equifax"), (collectively, "Defendants"), and alleges the following:

## PRELIMINARY STATEMENT

1. This is a civil action by Plaintiff, an individual consumer, seeking actual, statutory and punitive damages against Defendants EQUIFAX INFORMATION SERVICES LLC ("Equifax") for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (hereinafter "FCRA").

## JURISDICTION AND VENUE

2. Jurisdiction arises under the FCRA, 15 U.S.C. § 1681p.

3. Equifax is subject to the FCRA and this Court's jurisdiction.

4. Venue is proper in Collin County, Texas, because the acts and omissions complained of were committed and/or caused by Defendant within this district.

## PARTIES

5. Plaintiff is a natural person residing in Frisco, Collin County, Texas.

6. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c).

7. Defendant Equifax is a Georgia corporation with its principal place of business at 1550 Peachtree Street NW, Atlanta, GA 30309. Upon information and belief, Defendant Equifax is duly authorized and qualified to do business in the State of Texas, with its registered agent address as Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701.

8. Equifax is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f), regularly engaged in assembling and evaluating consumer credit information and furnishing reports to third parties through interstate commerce, including mail and the internet.

## FACTUAL ALLEGATIONS

### Plaintiff's August 2025 Consumer Disclosure

9. On or about August 28, 2025, Plaintiff requested a copy of her consumer credit disclosure from Equifax.

10. Under 15 U.S.C. § 1681g(a), Equifax is required to clearly and accurately disclose all information in Plaintiff's credit file at that time, except for a truncated Social Security number if requested.

11. Equifax provided Plaintiff with an electronic disclosure via annualcreditreport.com.

12. Equifax is a nationwide Consumer Reporting Agency ("CRA") within the meaning of 15 U.S.C. § 1681a(f), in that, for monetary fees, dues, and/or on a cooperative nonprofit basis, it regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, specifically the mail and internet. As a CRA, Equifax is aware of its obligations under the FCRA.

13. Upon information and belief, Defendants Equifax, transmitted Plaintiff's dispute to the furnisher of the information and provided all relevant disputed information.

## Omitted Account Numbers and Payment History

14. Making matters even more confusing for the Plaintiff on the account:

***Servicing Solutions LLC *9383*** - Is incomplete, In the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete and inaccurate, In the Account Details section has incomplete and inaccurate information as in Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

15) ***Jpmcb Card Services *9112*** is incomplete, In the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Account Status is inaccurate because the data you have doesn't match with your records, In the Account

History Section: Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete and inaccurate, In the Account Details section has incomplete and inaccurate information as in Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

16) ***American Express *9343***: Is incomplete, In the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Available Credit is incomplete, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete and inaccurate, In the

Account Details section has incomplete and inaccurate information as in Credit Limit is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

17) ***American Express #6263***: Is incomplete, In the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Available Credit is incomplete, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete and inaccurate, In the Account Details section has incomplete and inaccurate information as in Credit Limit is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is

incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is inaccurate because the data you have doesn't match with your records, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

18) ***American Express #7973:*** Is incomplete, In the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Available Credit is incomplete, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete and inaccurate, In the Account Details section has incomplete and inaccurate information as in Credit Limit is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is inaccurate because the data you have doesn't match with your records, Charge Off Amount is incomplete, Balloon

Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

19) ***Resurgent Receivables *9383***: Is incomplete, In the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Available Credit is incomplete, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete and inaccurate, In the Account Details section has incomplete and inaccurate information as in Credit Limit is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is inaccurate because the data you have doesn't match with your records, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

20) ***Navy Federal Credit Union *9669:*** Is incomplete, In the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Available Credit is incomplete, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: Balance is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is incomplete, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is inaccurate because the data you have doesn't match with your records, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

21) ***Navy Federal Credit Union *1200***: Is incomplete, In the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, In the Account History Section: Actual Payment is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Amount

Past Due is incomplete, Date of Last Activity is incomplete, Delinquency First Reported is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is incomplete.

22) ***Elan Financial Services*** *7759: Is incomplete, In the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, In the Account History Section: Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Amount Past Due is incomplete, In the Account Details section has incomplete and inaccurate information as in Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

23) ***Truist Bank *1669*** : Is incomplete in the Summary sections: Reported Balance is inaccurate because the data you have doesn't match

with your records. In the Account History Section: Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Amount Past Due is incomplete, the Account Details section has incomplete and inaccurate information as in Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

24) ***Dept Of Ed/ Aidvantage *0180*** : Is incomplete, In the Summary sections: Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete and inaccurate, In the Account Details section has incomplete and inaccurate information as in Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the

payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

25) ***Pentagon Federal CR Union *8804***: Is incomplete, In the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete and inaccurate, In the Account Details section has incomplete and inaccurate information as in Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

26) ***Web Bank *4488***: Is incomplete, in the summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records. In the Account History Section: Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete and inaccurate, In the Account Details section has incomplete and inaccurate information as in Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

27) ***CC Srvcs/5th 3rd Bank.*54431***: Is incomplete, In the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, In the Payment History section the Payment History chart is incomplete and inaccurate, In the Account Details section has incomplete and inaccurate information as in Balance,

Balance Updated, monthly payment are inaccurate because it doesn't match with the payment history.

27) ***Fed Loan Servicing #0009***: Is incomplete in the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: There is no data reported as in no Balance, Scheduled Payment, Actual Payment, Amount Past Due. In the Payment History section the Payment History chart is also showing no data. In the Account Details section has incomplete and inaccurate information as in Date Opened is incomplete because it doesn't match with the payment history no data showing, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because how can it be unknown, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

28) ***Fed Loan Servicing #0005***: Is incomplete in the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: There is no data reported as in no Balance, Scheduled Payment, Actual Payment, Amount Past Due. In the Payment History section the Payment History chart is also showing no data. In the Account Details section has incomplete and inaccurate information as in Date Opened is incomplete because it doesn't match with the payment history no data showing, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because how can it be unknown, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

30) ***Fed Loan Servicing #0003*** - Is incomplete in the Summary sections: Reported Balance is inaccurate because the data you have

doesn't match with your records, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: There is no data reported as in no Balance, Scheduled Payment, Actual Payment, Amount Past Due. In the Payment History section the Payment History chart is also showing no data. In the Account Details section has incomplete and inaccurate information as in Date Opened is incomplete because it doesn't match with the payment history no data showing, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because how can it be unknown, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

31) ***Fed Loan Servicing #0008***: Is incomplete in the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: There is no data reported as in no Balance, Scheduled Payment, Actual Payment, Amount Past Due. In the Payment History

section the Payment History chart is also showing no data. In the Account Details section has incomplete and inaccurate information as in Date Opened is incomplete because it doesn't match with the payment history no data showing, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because how can it be unknown, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

32) ***Fed Loan Servicing: #0014***: Is incomplete in the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: There is no data reported as in no Balance, Scheduled Payment, Actual Payment, Amount Past Due. In the Payment History section the Payment History chart is also showing no data. In the Account Details section has incomplete and inaccurate information as in Date Opened is incomplete because it doesn't match with the payment history no data showing, Date Reported is incomplete because it doesn't

match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because how can it be unknown, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

33) ***Fed Loan Servicing #0007***: Is incomplete in the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: There is no data reported as in no Balance, Scheduled Payment, Actual Payment, Amount Past Due. In the Payment History section the Payment History chart is also showing no data. In the Account Details section has incomplete and inaccurate information as in Date Opened is incomplete because it doesn't match with the payment history no data showing, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is

incomplete, Creditor Classification is inaccurate because how can it be unknown, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

34) ***Fed Loan Servicing #0010***: Is incomplete in the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: There is no data reported as in no Balance, Scheduled Payment, Actual Payment, Amount Past Due. In the Payment History section the Payment History chart is also showing no data. In the Account Details section has incomplete and inaccurate information as in Date Opened is incomplete because it doesn't match with the payment history no data showing, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because how can it be unknown, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon

Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

31) ***Fed Loan Servicing #0004***: Is incomplete in the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: There is no data reported as in no Balance, Scheduled Payment, Actual Payment, Amount Past Due. In the Payment History section the Payment History chart is also showing no data. In the Account Details section has incomplete and inaccurate information as in Date Opened is incomplete because it doesn't match with the payment history no data showing, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because how can it be unknown, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

32) ***Fed Loan Servicing #0011***: Is incomplete in the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: There is no data reported as in no Balance, Scheduled Payment, Actual Payment, Amount Past Due. In the Payment History section the Payment History chart is also showing no data. In the Account Details section has incomplete and inaccurate information as in Date Opened is incomplete because it doesn't match with the payment history no data showing, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because how can it be unknown, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

33) ***Fed Loan Servicing #0001***: Is incomplete in the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section:

There is no data reported as in no Balance, Scheduled Payment, Actual Payment, Amount Past Due. In the Payment History section the Payment History chart is also showing no data. In the Account Details section has incomplete and inaccurate information as in Date Opened is incomplete because it doesn't match with the payment history no data showing, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because how can it be unknown, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

34) ***Fed Loan Servicing #0002***: Is incomplete in the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: There is no data reported as in no Balance, Scheduled Payment, Actual Payment, Amount Past Due. In the Payment History section the Payment History chart is also showing no data. In the Account Details section has incomplete and inaccurate information as in

Date Opened is incomplete because it doesn't match with the payment history no data showing, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because how can it be unknown, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

35) ***Fed Loan Servicing #0006***: Is incomplete in the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Account Status is inaccurate because the data you have doesn't match with your records, In the Account History Section: There is no data reported as in no Balance, Scheduled Payment, Actual Payment, Amount Past Due. In the Payment History section the Payment History chart is also showing no data. In the Account Details section has incomplete and inaccurate information as in Date Opened is incomplete because it doesn't match with the payment history no data showing, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Date of Last Payment is incomplete because it doesn't match with the payment history, Date of

Last Activity is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because how can it be unknown, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

36. On information and belief, these furnishers reported complete account data to Equifax, which was contained in its internal file at the time of Plaintiff's request.

37. When Equifax furnishes credit reports about Plaintiff to third parties, those reports contain the full account numbers, payment history, and related information.

38. Equifax's ability to provide this information to third parties demonstrates it is capable of complying with § 1681g(a).

39. Equifax has a statutory duty to disclose all information in Plaintiff's file but breached that duty by failing to provide complete account information necessary for Plaintiff to evaluate her credit file.

40. Absent such information, a consumer is reduced to, at best, playing detective and, at worst, guessing as to whether the information in their report is accurate.

41. Equifax's disclosure contains collection information that stays on your credit report for up to 7 years from the date the account first became past due. These generally have a negative impact on your credit score.

42. On information and belief, all the aforementioned data furnishers reported full account numbers, missing account information and payment history to Equifax, this information was contained within the file on Plaintiff at the time of her request for her consumer disclosure.

43. Due to widespread systemic problems, Equifax's automated systems omit all but the last two or four account numbers, missing account information and payment history reported by data furnishers.

44. Equifax has long known about this systemic error but have failed to correct it.

45. The failure to disclose full account numbers, missing account information and payment history violates the FCRA's requirement that Equifax disclose all information contained in a consumer's credit file clearly and accurately. See Washington v. Equifax, Case No. 3:19-cv-00154 (M.D. Tenn. Jun. 12, 2019) ("The plain language of the FCRA requires that the consumer reporting agency shall clearly and accurately disclose to the consumer '[a]ll information in the consumer's file at the time of the request.' 15 U.S.C. § 1681g. In the absence of binding authority stating that a truncated account number is a clear and

accurate disclosure, the Court finds that Plaintiff has stated a plausible claim for a violation of Section 609 of the FCRA.")

46. The failure of an entity to provide accurate and truthful information as required by law creates an injury-in-fact, thus creating standing pursuant to Article III. See, e.g., Havens Realty Corp. v. Coleman, 455 U.S. 363 (1982), holding "alleged injury to (plaintiff's) statutorily created right to truthful housing information" was a cognizable injury in and of itself, regardless of whether the plaintiff actually hoped to reside in the defendant's housing complex; therefore "the Art. III requirement of injury in fact [was] satisfied.

47. As a result of Equifax omissions, Plaintiff suffered frustration, emotional distress, and the loss of $40,000 in unrealized real estate profits, as she was unable to serve as a credit partner in her real estate transaction.

48. The FTC has confirmed that truncating or scrambling account numbers does not comply with § 609 of the FCRA. *(See Advisory Opinion to Darcy, June 30, 2000; Plaintiff's Exhibit B).*

49. Equifax's omission of the full account numbers, missing account information and payment history greatly decreases a consumer's ability to understand her consumer credit disclosure, identify the accounts, and compare those accounts with her own records.

## Systemic and Widespread Issues

50. On information and belief, Equifax's Disclosure to Plaintiff was generated using a template that extracts database information from a consumer's file and populates it into various pre-programmed fields on a consumer disclosure form.

51. On information and belief, this same template is used virtually every time a consumer requests their file from Equifax, through www.annualcreditreport.com.

52. On information and belief, www.annualcreditreport.com is the location where the majority of consumers obtain their Equifax credit disclosure.

53. Consumer disclosures retrieved through annualcreditreport.com all exhibit the same missing account number, missing account information and payment history errors.

54. Thus, every consumer with accounts appearing with missing information in their disclosure who requested their disclosure from Equifax, through www.annualcreditreport.com since the template's use began, received a consumer disclosure with the same errors as the Plaintiff.

55. Equifax's error has therefore likely affected thousands of consumers.

56. Equifax has long known of these flaws but failed to correct them.

57. Equifax knowing and repeated conduct warrants punitive damages.

58. Equifax's failure to disclose all of the information in the consumer's credit file in free annual disclosures is an intentional violation of 15 U.S.C. § 1681g(a), motivated by the Defendant's desire to avoid costs and increase profits.

59. Ms. Cadet has a right to a full and complete disclosure of the contents of her file upon demand, at least once a year and without charge, and that disclosure must be presented clearly and accurately. 15 U.S.C. § 1681j.

60. Equifax's failure to accurately, fully, and clearly disclose the information within its files regarding Ms. Cadet deprived her of this right.

## COUNT I
## VIOLATIONS OF THE FCRA

61. Plaintiff re-alleges and incorporates paragraphs 1–60.

62. Equifax violated 15 U.S.C. § 1681g(a)(1) when responding to Ms. Cadet's request for her consumer disclosure by failing to clearly and accurately disclose to Ms. Cadet, a Consumer, all of the information in her file at the time of the request. Specifically, Equifax disclosed forty seven (47) accounts reported without disclosing the full account number, missing account information and payment history or forty seven (47) accounts also without the full account numbers, missing account information and payment history even though full account numbers, missing account information and payment history were reported by the data furnishers.

63. Equifax, knowingly provided inaccurate and incomplete information, as it has long been aware of these systemic issues.

64. Equifax, is liable to Plaintiff under 15 U.S.C. § 1681n for statutory damages up to $1,000 per violation or actual damages, plus costs.

65. Alternatively, if Equifax conduct was negligent, it is liable under 15 U.S.C. § 1681o for actual damages plus costs.

WHEREFORE, Ms. Cadet respectfully requests that the Honorable Court enter judgment against Equifax, for:

a. The greater of statutory damages of $1,000 per incident and Ms. Cadet' actual damages, pursuant to 15 U.S.C. § 1681n(a)(1)(A), or Ms. Cadet' actual damages pursuant to 15 U.S.C. § 16810(a)(1);

b. Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

c. Costs pursuant to 15 U.S.C. § 1681n(a)(3) and/or 15 U.S.C. § 1681o(a)(2); and,

d. Such other relief that this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Ms. Cadet demands a jury trial on all issues so triable.

Respectfully submitted on November, 28th 2025, by:

Rose Cadet

8700 Stonebrook Pky Unit 1080

Frisco, TX 75503

972-318-9814

rosescadet@gmail.com