# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ROSE CADET, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. 4:25-cv-01305 |
| | § | Judge Mazzant/Judge Davis |
| EQUIFAX INFORMATION SERVICES, LLC, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 17, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #12) that Defendant Equifax Information Services, LLC's Motion to Dismiss (Dkt. #5) be denied.

Having received the report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Equifax's Motion to Dismiss (Dkt. #5) is hereby **DENIED.**

**IT IS SO ORDERED**.

**SIGNED this 4th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE